ACCEPTED
03-14-00068-CV
3607676
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/29/2014 4:36:38 PM
JEFFREY D. KYLE
CLERK

**APPEAL NO. 03-14-00068-CV**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/29/2014 4:36:38 PM
JEFFREY D. KYLE
Clerk

**COURT OF APPEALS FOR THE THIRD DISTRICT OF TEXAS**

**AUSTIN, TEXAS**

**LARRY MARK POLSKY, APPELLANT**

**VS.**

**THE STATE OF TEXAS, APPELLEE**

_____

**APPEAL FROM CAUSE NO. D-1-GV-13-000067**

**IN THE 126TH DISTRICT COURT OF TRAVIS COUNTY, TEXAS**

_____

**NOTICE OF ADDITIONAL AUTHORITY IN SUPPORT OF**

**APPELLANT'S POSITION THAT JAVIER MENDEZ WAS THE DULY**

**DESIGNATED "BUILDING INSPECTOR" FOR BEACHFRONT**

**CONSTRUCTION OF THE CAMERON COUNTY COMMISSIONER'S**

**COURT**

_____

**TO THE HONORABLE THIRD COURT OF APPEALS:**

COMES NOW, Appellant, Larry Mark Polsky, Esq., and files this Notice of
Additional Authority in Support of Appellant's Position that Javier Mendez was
the Duly Designated "Building Inspector" for Beachfront Construction of the

Cameron County Commissioner's Court.

Please govern yourselves accordingly.

/s/ Larry Mark Polsky, Esq.
LARRY MARK POLSKY, ESQ.
State Bar No. 16105500
Law Office of Larry Mark Polsky
5508 Padre Blvd.
South Padre Island, Texas  78597
(956)  761-1529  Telephone
(956) 761-1599  Facsimile

## CERTIFICATE OF CONFERENCE

I certify that I attempted to conference Shelly Doggett, Esq. on December 29, 2014 at 12:15 p.m. and 12:18 p.m. and I received a reply stating that Ms. Doggett would be out of the office until January 5, 2015.

/s/ Larry Mark Polsky, Esq.
LARRY MARK POLSKY, ESQ.

## CERTIFICATE OF SERVICE

I certify that the original of this document was served on the Third Court of Appeals in Austin, Texas for filing by e-filing and copy by e-service to Shelly Doggett, Esq., P. O. Box 12548, MC-066, Austin, Texas  78711-2548 in accordance with the Texas Rules of Civil Procedure on the 29th day of December 2014.

/s/ Larry Mark Polsky, Esq.
LARRY MARK POLSKY, ESQ.

# CAMERON COUNTY



# BEACH ACCESS
# AND
# DUNE PROTECTION

The 1992 Cameron County Public Beach Access and Dune Protection Plan was developed over a five (5) month period, commencing in early July and completed in November of 1991. A county approved plan was forwarded from Cameron County to the Texas General Land Office for review and comment in accordance with the requirements of SB 1053. After revisions to address comments by the Texas General Land Office, the 1992 Cameron County Public Beach Access and Dune Protection Plan received approval on an interim basis by the Texas General Land Office in March 1993, and became the operative planning document for land development projects in the county's unincorporated coastal areas. Subsequent to interim approval of the plan, the Texas General Land Office developed rules which necessitated with requirements and conditions stipulated in the rules. Accordingly Cameron County staff, the Parks prepared and presented a revised plan in the summer of 1994. Cameron County Commissioners in compliance with public hearing requirements reviewed and approved the revised plan on October 20, 1994.

The court's purpose of this plan is to embrace the intent of SB 1053 so that public beach access and use along all Cameron County beaches are guaranteed in perpetuity by provision of adequate access points, to ensure that Cameron County will be protected from flood losses, and additionally to assure that the integrity of the beach/dune system is maintained and enhanced while recognizing landowner's private property rights, and affording mitigating options to the landowner that would protect dunes, while not unreasonably restricting private land use.

## C. LEGAL AUTHORITY FOR PLAN ADOPTION

Cameron County Commissioners Court, under authority granted by Senate Bill No. 1053, herby establishes the Cameron County Public Beach Access and Dune Protection Plan in accordance with State statutes and requirements, and adopts all beach management practices relative to: protecting the beach /dune system seaward of the defined dune protection line, flood protection and public beach access requirements as represented in the plan. Additionally, Cameron County establishes, by order of Cameron County Commissioners Court (Court Order 1994-02), the Cameron County Public Beach Access interim 1992 CAMERON COUNTY PUBLIC BEACH ACCESS AND DUNE PROTECTION PLAN (COURT ORDER 1992-1), upon certification of said plan by Texas General Land office and Attorney General.

# II. PUBLIC BEACH ACCESS IN UNICORPORATED AREAS

## A. BEACHFRONT CONSTRUCTION CERTIFICATES

Beachfront construction certificates are required under Natural Resources Code §61.015 (c) - (h) for any construction within 1000 feet of mean high tide or up to the first public road, whichever distance is greater. The Cameron County Park System, operating through Cameron County Commissioners Court and advised by the County Parks Advisory Board, is hereby charged with responsibility for administering the beach access component of this plan. Applications for beachfront construction

2

certificates shall be reviewed by the County Parks Advisory Board not sooner than ten (10) days after written notification to the Texas General Land Office of the application for a beachfront construction certificate. The Cameron County Building Official shall be responsible for sending Beachfront Construction Applications to the state. Cameron County Commissioners' Court will review and take action on beachfront construction certificates as advised by parks system staff and the county Park Advisory Board, whose recommendations will be considered but are not binding on court action. Neither the County nor State shall unreasonably delay review or action on an application, and shall make a final determination on an application not later than 6 weeks from application receipt.

Findings necessary by the Court to issue a beachfront construction certificate are:

1.  the proposed project does not (directly or indirectly) reduce the size or encroach on the public beach in any manner, or impair or adversely effect public use of or access to and from a public beach, or

2.  the proposed project does not functionally support or depend on or is otherwise related to proposed or existing structures that encroach on the public beach, regardless of whether the encroaching structure is on land that was previously landward of the public beach.

B.  REVISION OF BEACH ACCESS COMPONENT OF PLAN

Revision or update of the public beach access component of this plan shall be initiated b the Cameron County Parks Advisory Board. Prior to taking any action on an advisory board recommendation, the Cameron County Commissioners' Court shall conduct a public hearing. Approved plan changes shall be forwarded to the Texas General Land Office and Texas Attorney General for review and comment.

C.  PUBLIC SAFETY FINDINGS

Cameron County recognizes that drive-on vehicular operations on beaches currently afford most public beach access in unincorporated county areas. The Commissioners' Court hereby establishes a beach access plan that provides for a continuance of vehicle access to some County beaches, but that institutes better management controls of vehicular beach use. Further, Cameron County hereby establishes that County's intent to incrementally redesignate selected vehicular beaches to pedestrian's beaches by provision of public off beach parking lots and beach access parks. Cameron County will when ever practical and in addition to legal requirements of A.D.A. laws, maintain and enhance free (no fee) beach access areas. Where practical, Cameron County will use walkovers to preserve and enhance beach access.

*Upon Cameron County planning for adequate parking or public access to the beaches where vehicular access is restricted, it was determined that it was impractical to provide public access while protecting the existing dune system. It was also determined that it was impossible to provide parking every ½ mile from*